WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL WORTHINGTON**,   CV # 09-51-JE

    Plaintiff,

vs.   ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $6,019.29 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this __30th__ day of __September__, 2010.

                                                                 s/ John Jelderks
                                                        United States District / Magistrate Judge

Submitted on September 30, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1